# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Alvin I. Golden, Cornelia A. Golden,　　　　　　　　Case No. 11-CV-13227

　　　　　　　Plaintiffs,　　　　　　　　　　　　　　　Honorable Denise Page Hood
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
v.

U.S. Bank National Association, NA,

　　　　　　　Defendant.
_____/

## JUDGMENT

　　　In accordance with the Memorandum Opinion and Order entered this date and the Court having entered an order granting Defendant's Motion for Summary Judgement,

　　　Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

　　　　　　　　　　　　　　　　　　　　　　　DAVID J. WEAVER
　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

Approved:　　　　　　　　　　　　　　　By:　 s/LaShawn Saulsberry
　　　　　　　　　　　　　　　　　　　　　　　   Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: January 31, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 31, 2012, by electronic and/or ordinary mail.

　　　　　　　　　　　　　　　　　S/LaShawn R. Saulsberry
　　　　　　　　　　　　　　　　　Case Manager