**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| Alvin I. Golden, Cornelia A. Golden, | Case No.  11-CV-13227 |
| Plaintiffs, | Honorable Denise Page Hood<br>United States District Judge |
| v. | |
| U.S. Bank National Association, NA, | |
| Defendant.<br>_____/ | |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date and the Court having entered an order granting Defendant's Motion for Summary Judgement,

Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

                                                          DAVID J. WEAVER
                                                          Clerk of the Court

Approved:                                        By:     s/LaShawn Saulsberry
                                                                         Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: <u>January 31, 2012</u>
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 31, 2012, by electronic and/or ordinary mail.

                                                        S/LaShawn R. Saulsberry
                                                        Case Manager